**Order issued September 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-13-01431-CR
_____

### ERKENIS DESEAN WHITE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Justices Bridges, Lang, and Evans

Based on the Court's opinion of this date, we **GRANT** the May 2, 2014 motion of Kathleen A. Walsh for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Kathleen A. Walsh as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Erkenis Desean White, TDCJ No. 1891591, Tulia Transfer Facility, 4000 Highway 86 West, Tulia, Texas, 79088.

/ Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE